```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

JAMES M. CROWE and
VALERIE J. CROWE,

                    Plaintiffs,
                                              09 Civ. 778 (RWS)
     - against -
                                                 O R D E R
JPMORGAN CHASE & CO., as success in
Interest to THE BEAR STEARNS COMPANIES,
Inc., ALAN D. SCHWARTZ, SAMUEL L.
MOLINARO, JR., and ALAN C. GREENBERG

                    Defendants.

------------------------------------------X
```

**Sweet, D.J.,**

Plaintiffs' motion not to consolidate, dated June 4, 2009, will be heard on submission, without oral argument, on July 15, 2009. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**June 17, 2009**

ROBERT W. SWEET
U.S.D.J.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/18/09]